**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NORA EVANGELINA CORZO-
MIRANDA,

    Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

    Respondent.

No. 08-73570

Agency No. A070-640-830

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

    Nora Evangelina Corzo-Miranda, a native and citizen of Guatemala,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

her motion to reopen based on ineffective assistance of counsel. We have

jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Corzo-Miranda's motion to reopen as untimely because she filed the motion more than ten years after the BIA's January 21, 1998, order, *see* 8 C.F.R. § 1003.2(c)(2), and Corzo-Miranda failed to establish that she acted with the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897 (equitable tolling is available where "petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence"); *cf. Ghahremani v. Gonzales*, 498 F.3d 993, 1000 (9th Cir. 2007) (due diligence established where petitioner demonstrated "steadfast pursuit" of his case).

**PETITION FOR REVIEW DENIED.**

08-73570